UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMINENCE INVESTORS, L.L.L.P, an Arkansas Limited Liability Limited Partnership, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, a New York banking corporation,<br><br>Defendant | CASE NO. 1:13-CV-2025 AWI MJS<br><br>ORDER VACATING FEBRUARY 24, 2014 HEARING AND ORDER ON DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. No. 18) |

This case was removed from the Madera County Superior Court on December 10, 2013. On December 17, 2013, Defendant filed a motion to dismiss. <u>See</u> Doc. No. 18. Hearing on this motion is set for February 24, 2014. On January 9, 2014, Plaintiff filed a motion to remand. <u>See</u> Doc. No. 25.

The motion to remand is currently pending before Magistrate Judge Seng, who will be issuing a Findings and Recommendation. If the motion to remand is granted, there will be no need for this Court to address the motion to dismiss. Accordingly, it is the practice of this Court to resolve motions to remand prior to addressing motions to dismiss.

Because the motion to remand remains pending, the Court will deny Defendant's motion to dismiss. The denial will be without prejudice to re-noticing/re-filing the motion to dismiss once the motion to remand has been resolved.[1]

---

[1] Out of an abundance of caution, the Court makes clear that the denial of the motion to dismiss is administrative in nature; the denial does not reflect on the merits of the motion itself.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 24, 2014 hearing date on Defendant's motion to dismiss is VACATED;

2. Defendant's motion to dismiss (Doc. No. 18) is DENIED without prejudice to re-noticing/re-filing once Plaintiff's motion to remand has been resolved.

IT IS SO ORDERED.

Dated:  February 13, 2014

SENIOR DISTRICT JUDGE