1  MIKE C. BUCKLEY - 044919
   ERIC A. SCHAFFER (pro hac vice)
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, California  94105-3659
   Telephone: (415) 543-8700
4  Facsimile: (415) 391-8269
   Email:  mbuckley@reedsmith.com
5  Email:  eschaffer@reedsmith.com

6  DONALD H. GLASRUD - 042491
   BRUCE A. OWDOM - 077670
7  DIETRICH, GLASRUD, MALLEK & AUNE
   An Association Including Law Corporations
8  5250 North Palm Avenue, Suite 402
   Fresno, California  93704-2214
9  Telephone: (559) 435-5250
   Facsimile: (559) 435-8776
10 Email:  dhg@dgmalaw.com
   Email:  bao@dgmalaw.com
11
   Attorneys for Defendant The Bank of New York Mellon
12

13                      UNITED STATES DISTRICT COURT

14                      EASTERN DISTRICT OF CALIFORNIA

15 | EMINENCE INVESTORS, L.L.L.P., | CASE NO. 1:13-cv-02025-AWI-MJS
   | an Arkansas Limited Liability Limited Partnership, |
16 | and on behalf of all others similarly situated, | **STIPULATION OF THE PARTIES**
   | Plaintiff and JOHN DOES, | **TO CONTINUE THE**
17 |                          | **MANDATORY SCHEDULING**
   |                          | **CONFERENCE; ORDER**
18 |        Plaintiff,        |
   |                          | **Current** Scheduling Conference
19 |         vs.              | Date:  April 3, 2014
   |                          | Time:  9:30 a.m.
20 |                          | Courtroom:  6
21 |                          |
   | THE BANK OF NEW YORK MELLON, | **New** Scheduling Conference
22 | a New York banking corporation, | Date:  May 8, 2014
   | and DOES 1 to 25, inclusive, | Time:  11:00 a.m.
23 |                          | Courtroom:  6
24 |        Defendants.       |
   |                          | (Magistrate Judge Michael J. Seng)
25 |                          |
   |                          | Date Filed:  December 11, 2013

26 ///

27 ///

28 ///

1
STIPULATION OF THE PARTIES TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE; ORDER

IT IS HEREBY STIPULATED and AGREED by and between the parties, through their undersigned attorneys of record, as follows:

**Recitals:**

1. The mandatory scheduling conference is presently set for April 3, 2014, at 9:30 a.m., in Courtroom 6 of this court.

2. Plaintiff Eminence Investors, L.L.L.P.'s Motion to Remand Action to Superior Court is now under submission with this court. Given that trial counsel for all parties are required to conduct a conference at least 20 days prior to April 3, 2014, or March 14, 2014, and to prepare and file a joint scheduling report one full week prior to the scheduling conference, the parties believe that a brief continuance of the mandatory scheduling conference would allow the court and the parties to resolve fully the motion before the court and its ramifications before expending time and effort on scheduling matters.

3. The courtroom deputy of the court has confirmed the availability of the proposed new date for the mandatory scheduling conference set forth below.

Accordingly, the parties agree to and request the following changes to the scheduling of this action.

**Agreements:**

The mandatory scheduling conference in this action shall be RESET to May 8, 2014, at 11:00 a.m., in Courtroom 6 of this court.

DATED: March  12 , 2014.

RUMMONDS | BARRON | THORNTON, LLP


BY:  /s/ Douglas v. Thornton
  DOUGLAS V. THORNTON
  Attorneys for Plaintiff
  Eminence Investors, L.L.L.P.

///

///

DATED: March  12 , 2014.

REED SMITH LLP
MIKE C. BUCKLEY
ERIC A. SCHAFFER

and

DIETRICH, GLASRUD, MALLEK & AUNE


BY:  /s/ Bruce A. Owdom
    BRUCE A. OWDOM
    Attorneys for Defendant
    The Bank of New York Mellon


**O R D E R**

Good cause appearing, the above Stipulation is accepted and adopted and made the Order of the Court.  The The April 3, 2014, Scheduling Cconference in this action is continued until May 8, 2014, at 11:00 a.m., in Courtroom 6 of this court.

IT IS SO ORDERED.

Dated:   March 14, 2014            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE