1  MIKE C. BUCKLEY - 044919
   ERIC A. SCHAFFER (pro hac vice)
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, California  94105-3659
   Telephone: (415) 543-8700
4  Facsimile: (415) 391-8269
   Email:  mbuckley@reedsmith.com
5  Email:  eschaffer@reedsmith.com

6  DONALD H. GLASRUD - 042491
   BRUCE A. OWDOM - 077670
7  DIETRICH, GLASRUD, MALLEK & AUNE
   An Association Including Law Corporations
8  5250 North Palm Avenue, Suite 402
   Fresno, California  93704-2214
9  Telephone: (559) 435-5250
   Facsimile: (559) 435-8776
10 Email:  dhg@dgmalaw.com
   Email:  bao@dgmalaw.com
11
   Attorneys for Defendant The Bank of New York Mellon
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15 | EMINENCE INVESTORS, L.L.L.P.,                      | CASE NO. 1:13-cv-02025-AWI-MJS
   | an Arkansas Limited Liability Limited Partnership, |
16 | and on behalf of all others similarly situated,    | **ORDER GRANTING LEAVE TO FILE**
   | Plaintiff and JOHN DOES,                           | **REPLY BRIEF IN SUPPORT OF**
17 |                                                    | **OBJECTIONS**

18                  Plaintiff,

19       vs.

20

21
   THE BANK OF NEW YORK MELLON,
22 a New York banking corporation,
   and DOES 1 to 25, inclusive,
23
                                                         (Magistrate Judge Michael J. Seng)
24                 Defendants.

25                                                       Date Filed:  December 11, 2013

26 ///

27 ///

28 ///

                                            1

By letter to the court, dated July 18, 2014, Defendant The Bank of New York Mellon requested leave to file a reply brief in support of its Objections to the June 6, 2014, Findings and Recommendations Regarding Plaintiff's Motion to Remand ("Objections").  The court, having considered the request, is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant shall have leave to file a reply brief in support of its Objections.  The brief shall not exceed five pages in length and must be filed no later than Monday, July 28, 2014.

**O R D E R**

IT IS SO ORDERED.

Dated:   July 24, 2014                                    _____
                                                                             SENIOR  DISTRICT  JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY BRIEF IN SUPPORT OF OBJECTIONS