Mike C. Buckley (CSBN 044919)
Eric A. Schaffer (Pro Hac)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: mbuckley@reedsmith.com
Email: eschaffer@reedsmith.com

Donald H. Glasrud (CSBN 042491)
Bruce A. Owdom (CSBN 077670)
Dietrich, Glasrud, Mallek & Aune
An Association Including Law Corporations
5250 North Palm Avenue, Suite 402
Fresno, California 93704
Telephone: +1 559 435-5250
Facsimile: +1 559 435-8776
Email: dhg@dgmalaw.com
Email: bao@dgmalaw.com.

Attorneys for Defendant
The Bank of New York Mellon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMINENCE INVESTORS, L.L.L.P., an Arkansas Limited Liability Limited Partnership, Individually, and on behalf of all others similarly situated, Plaintiff, and John Does,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, a New York Banking Corporation and Does 1 to 25, Inclusive,<br><br>Defendant. | No.: 1:13-cv-02025-AWI-MJS<br><br>**STIPULATION RESETTING HEARING ON DEFENDANT'S MOTION TO STAY; ORDER**<br><br>Hearing Date: November 17, 2014<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

///

///

– 1 –
STIPULATION RESETTING HEARING ON DEFENDANT'S MOTION TO STAY; ORDER

– 2 –

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their attorneys of record, as follows:

**Recitals:**

1.  On October 8, 2014, Defendant filed a Motion to Stay Proceedings Pending Resolution of Appeal in this Court, which motion is set for hearing on November 17, 2014.

2.  The parties have not previously sought or received any extensions from the Court regarding the Motion to Stay Proceedings Pending Resolution of Appeal.

3.  The parties would like time to attempt to resolve this matter through settlement, and to that end, seek the Court's approval as follows.

**Agreement:**

**IT IS HEREBY AGREED** by and between the parties that the hearing on Defendant's Motion to Stay Proceedings Pending Resolution of Appeal shall be reset for January 12, 2015, at 1:30 p.m. and Plaintiff's deadline to respond to the motion shall run from the new hearing date.

DATED:  November 6, 2014

    RUMMONDS BARRON THORNTON, LLP

    AND

    THORNTON LAW GROUP, P.C.

    By:  /s/ Douglas V. Thornton
        DOUGLAS V. THORNTON,
        Attorneys for Plaintiff
        Eminence Investors, L.L.L.P.

DATED:  November 6, 2014

    REED SMITH LLP

    AND

    DIETRICH, GLASRUD, MALLEK & AUNE

    By:  /s/ Eric A. Schaffer
        ERIC A. SCHAFFER,
        Attorneys for Defendant
        The Bank of New York Mellon

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

IT IS SO ORDERED.

Dated:   November 6, 2014          _____
                                    SENIOR  DISTRICT  JUDGE