Mike C. Buckley (CSBN 044919)
Eric A. Schaffer (Pro Hac)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email:  mbuckley@reedsmith.com
Email:  eschaffer@reedsmith.com

Donald H. Glasrud (CSBN 042491)
Dietrich, Glasrud, Mallek & Aune
An Association Including Law Corporations
5250 North Palm Avenue, Suite 402
Fresno, California  93704
Telephone: +1 559 435-5250
Facsimile: +1 559 435-8776
Email:  dhg@dgmalaw.com
Email:  bao@dgmalaw.com.

Attorneys for Defendant
The Bank of New York Mellon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMINENCE INVESTORS, L.L.L.P., an Arkansas Limited Liability Limited Partnership, Individually, and on behalf of all others similarly situated, Plaintiff, and John Does,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, a New York Banking Corporation and Does 1 to 25, Inclusive,<br><br>Defendant. | No.:  1:13-cv-02025-AWI-MJS<br><br>**STIPULATION RESETTING HEARING ON DEFENDANT'S MOTION TO STAY; ORDER**<br><br>Hearing Date:   January 12, 2014<br>Hearing Time:   1:30 p.m.<br>Judge:          Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their attorneys of record, as follows:

– 2 –

**Recitals:**

1. On October 8, 2014, Defendant filed a Motion to Stay Proceedings Pending Resolution of Appeal in this Court and set the motion for hearing on November 17, 2014.

2. On November 6, 2014, pursuant to an agreement between the parties, this Court continued the hearing on the Motion to Stay to January 12, 2015 at 1:30 p.m.

3. Defense counsel, Mr. Schaffer's wife has been scheduled to have back surgery on January 5, 2014.

4. The parties wish to continue the hearing on the Motion to Stay to accommodate Mr. Schaffer's wife's surgery, and to that end, seek the Court's approval as follows.

**Agreement:**

**IT IS HEREBY AGREED** by and between the parties that the hearing on Defendant's Motion to Stay Proceedings Pending Resolution of Appeal shall be reset for January 26, 2015, at 1:30 p.m. and Plaintiff's deadline to respond to the motion shall run from the new hearing date.

DATED:  December 4, 2014

RUMMONDS BARRON THORNTON, LLP

AND

THORNTON LAW GROUP, P.C.

By:   /s/ Douglas V. Thornton
      DOUGLAS V. THORNTON,
      Attorneys for Plaintiff
      Eminence Investors, L.L.L.P.

– 3 –

DATED: December 4, 2014

REED SMITH LLP

AND

DIETRICH, GLASRUD, MALLEK & AUNE

By: /s/ Eric A. Schaffer
  ERIC A. SCHAFFER,
  Attorneys for Defendant
  The Bank of New York Mellon

**ORDER**

IT IS SO ORDERED.

Dated: December 4, 2014

SENIOR DISTRICT JUDGE