UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMINENCE INVESTORS, L.L.L.P., an Arkansas Limited Liability Limited Partnership, Individually, and on behalf of all others similarly situated,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>BANK OF NEW YORK MELLON CORP., a New York Banking Corporation,<br><br>      Defendant - Appellant. | No. 15-15237<br><br>D.C. No. 1:13-cv-02025-AWI-MJS<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered April 02, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk